FORM C9B
1ESW968969 – EARL S. WARD, ESQ

FORM C9B
1ESW968969 – EARL S. WARD, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

——————————————————
**ELYSE PARMENTIER,**

    PLAINTIFF
  – vs. –

**CITY OF NY ET AL,**

    DEFENDANT
——————————————————

Index No: **08 CIV 4039**
Date Filed: **05/06/2008**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **05/13/2008** at **2:43PM** at **440 9TH AVENUE 9TH FL, NEW YORK, NY 10001**, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **DUANE READE INC** the **DEFENDANT** therein named by delivering to, and leaving personally with **PETER VALCOURT, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**          COLOR: **BLACK**          HAIR: **BLACK**
APP. AGE: **35**        APP. HT: **5'5**           APP. WT: **160**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **05/15/2008**.

HARVEY TAUBER
Notary Public-State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY – 867464
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ZL