UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ELYSE PARMENTIER,<br><br>                                Plaintiff,<br><br>                  -against-<br><br>CITY OF NY, POLICE OFFICER. AMANDA KENNEDY, DUANE READE, INC., KEN CASTILLO AND POLICE OFFICER JOHN DOE AND RICHARD ROE (NAMES AND NUMBERS OF WHOM ARE UNKNOWN AT PRESENT) AND OTHER UNIDENTIFIED MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT,<br><br>                                Defendants. | **ANSWER ON BEHALF OF DEFENDANTS CITY OF NEW YORK AND KENNEDY TO CO-DEFENDANTS DUANE READE AND CASTILLO'S CROSS CLAIM WITH CROSS CLAIMS AGAINST DUANE READE AND CASTILLO**<br><br>08 CV 4039 (CM)<br><br>JURY TRIAL DEMANDED |

------------------------------------------------------------------x

        Defendants City of New York and Amanda Kennedy[1] ("the City Defendants"), by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, for their answer to Cross-Claims of Co-defendants Duane Reade, Inc. and Ken Castillo, asserted in their Answer, respectfully allege, upon information and belief, as follows.

        1.      Defendants City of New York and Kennedy repeat and reallege each and every paragraph of their answer to the complaint, dated August 1, 2008, as if fully set forth herein, including all affirmative defenses set forth therein.

        2.      Deny the allegations set forth in Co-defendants Duane Reade and Castillo's cross claim against the City Defendants.

---

[1] Sued herein as "P.O. Amanda Kennedy."

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3. Co-defendants Duane Reade and Castillo's cross-claim fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4. The City defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor have the City Defendants violated any act of Congress proving for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

5. At all times relevant to the acts alleged in the complaint and/or cross-claim, the City Defendants acted reasonably in the proper and lawful exercise of their discretion. Therefore, the City of New York has governmental immunity from liability.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

6. Defendant Kennedy has not violated any clearly established constitutional or statutory right of which a reasonable person should have known and therefore is protected by qualified immunity.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

7. At all times relevant to the acts alleged in the complaint, defendant Kennedy acted reasonably in the proper and lawful exercise of his discretion.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

8. Co-Defendants Duane Reade and Castillo's cross claim against the City defendants is not ripe for adjudication.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

9. Any injury alleged to have been sustained resulted from plaintiff's and/or cross-claimants' own culpable or negligent conduct or the conduct of third parties not under the control of the City Defendants and was not the proximate result of any act of the City defendants.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

10. Co-defendants Duane Reade and Castillo have failed to comply with New York General Municipal Law § 50-e.

### AS AND FOR A FIRST CROSS-CLAIM AGAINST CO-DEFENDANTS DUANE READE AND CASTILLO

11. Pursuant to Federal Rule of Civil Procedure 13(g) and New York State law, City Defendants, by their attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for their cross-claim against co-defendants Duane Reade and Castillo hereby allege as follows:

   a. If plaintiff was caused to sustain damages at the times and places and in the manner as alleged in the complaint, and said damages were sustained by reason of the carelessness, recklessness, intentional acts, omissions, negligence and/or breaches of duty of persons other than of the plaintiff, and it is found that the City Defendants are liable to the plaintiff herein under federal or state law, then said damages arose in whole or in part out of the carelessness, recklessness, intentional acts, omissions, negligence and/or breaches of duty, in fact or implied in law, under federal or State law, upon the part of co-defendants Duane Reade and Castillo, and the City Defendant are entitled to indemnification, contribution, and/or proportionate liability, as determined by the Court and/or jury under the law of the State of New York and the United States.

b.     City Defendants are entitled to indemnification, contribution, and/or proportionate liability, as determined by the Court and jury under the law of the State of New York and the United States.

**WHEREFORE**, the City Defendants request judgment dismissing the cross-claim of co-defendants Duane Reade and Castillo, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 1, 2008

By: _____

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants City of New York,
  & PO Amanda Kennedy
100 Church Street, Rm. 3-148
New York, New York 10007
(212) 788-1277

JOYCE CAMPBELL PRIVETERRE (JCP 1846)
Assistant Corporation Counsel

To:

Earl S. Ward, Esq.
Attorney for Plaintiff
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: (212) 763-5070
Fax: (212) 763-5001

John F. Janowski, Esq.
Chesney, Murphy & Moran
Attorneys for Defendants Duane Reade & Castillo
2305 Grand Avenue
Baldwin, NY 11510
Tel: (516) 378-1700
Fax: (516) 378-7633

08 CV 4039 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELYSE PARMENTIER,

                        Plaintiff,

-against-

CITY OF NY, P.O. AMANDA KENNEDY, DUANE READE, INC., KEN CASTILLO,

                        Defendants.

**ANSWER BY DEFENDANTS CITY OF NEW YORK & KENNEDY TO CO-DEFENDANTS DUANE READE AND CASTILLO'S CROSS CLAIM**

*Corporation Counsel of the City of New York*
*Attorney for the City of New York & Kennedy*
*100 Church Street, Room 3-148*
*New York, N.Y. 10007*

*Of Counsel:* Joyce Campbell Privéterre

*Tel: (212) 788-1277*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 200......*

*.......................................................................... Esq.*

*Attorney for..........................................................................*